**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**VALERIE A. WALKER**                                                              **PLAINTIFF**

**v.**                                    **CASE NO. 4:25-CV-00170-JM**

**SARACEN CASINO RESORT, *et al*.**                                      **DEFENDANTS**

## ORDER

Plaintiff Valerie Walker's motion to vacate (Doc. 54) is DENIED.    Walker's reliance on the Fifth Amendment, which provides a right to trial in criminal cases, is misplaced. None of the Fed. R. Civ. P. 60(b) subsections apply

IT IS SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE